**ACOSTA *vs.* ZINO.**

APPEAL FROM THE COURT OF THE PARISH AND CITY OF NEW-ORLEANS.

Where the case depends upon the credit due to witnesses, the verdict of the jury will not be disturbed.

*Porter, J.* delivered the opinion of the court.

This case offers no matter for inquiry, but the credit due to witnesses, and the weight which should be given to testimony which is contradictory. We should have great difficulty in coming to a satisfactory conclusion on the proof adduced, and we therefore, think, we are not authorised to disturb a verdict and judgment, given by those who had better opportunities, than we possess, of ascertaining the truth, on a question of fact.

It is, therefore, ordered, adjudged and decreed, that the judgment of the Parish Court be affirmed, with costs.